# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BARRERA,<br><br>         Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>         Defendant. | Case No.: 1:16-cv-01466-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 14) |

On March 21, 2017, the parties filed a stipulated request that an extension of time for Plaintiff to serve his confidential letter brief.  The Court GRANTS the parties' request

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall serve his confidential letter brief on or before April 28, 2017, and all other dates in the scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **March 21, 2017**

_____
UNITED STATES MAGISTRATE JUDGE

1