# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BARRERA,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:16-cv-01466-SAB<br><br>ORDER RE STIPULATION FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF<br><br>(ECF No. 18) |

    On June 27, 2017, Plaintiff filed a stipulation for an extension of time to file his opening brief. (ECF No. 18.)

    Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

    1.    Plaintiff shall file an opening brief on or before August 2, 2017;

    2.    Defendant shall file a response to Plaintiff's opening brief on or before September 1, 2017; and

    3.    Plaintiff's reply, if any, shall be filed on or before September 18, 2017.

IT IS SO ORDERED.

Dated: **June 27, 2017**

UNITED STATES MAGISTRATE JUDGE

1