# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BARRERA,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:16-cv-01466-SAB<br><br>ORDER RE STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 21) |

On August 30, 2017, Defendant filed a stipulation for an extension of time for Defendant to file a response to Plaintiff's opening brief. (ECF No. 21.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant shall file a response to Plaintiff's opening brief on or before October 6, 2017;

2. Plaintiff's reply, if any, shall be filed on or before October 23, 2017; and

3. The parties are advised that due to the impact of social security cases on the Court's docket and the Court's desire to have cases decided in an expedient manner, requests for modification of the briefing scheduling will not routinely be granted and will only be granted upon a showing of good cause. Further, requests to modify the briefing schedule that are made on the eve of a deadline will be looked upon with disfavor and may be denied absent good cause for the

delay in seeking an extension. If done after a deadline, the party seeking an extension must show additional good cause why the matter was filed late with the request for nunc pro tunc.

IT IS SO ORDERED.

Dated: __**August 31, 2017**__

_____
UNITED STATES MAGISTRATE JUDGE